U.S. District Court
Eastern District of Wis.
125 Jefferson St.
Green Bay, Wis. 54301-4541



USDC ED.WI
FILED IN GREEN BAY DIV
NOV 2 7 2012
AT ___ O'CLOCK ___ M
JON W. SANFILIPPO

Civil Liberties Complaint
for
Summary Judgment

On the second day of July, 2010, I, Michael J. Belleau received a court order in Brown County, Circuit Court, Branch Four. The order reads in part, "The Court hereby Orders that the Respondent shall be discharged from his Commitment under Chaptrer 980 Wis.Stats effective July 7.2010."

On July 7.2010, about 8:00 A.M. I was being discharged from County Lock-up. At that precise time I was met by two agent's from Community Correction saying "we have a order to fit you with with this GPS" that order was set in place by ADA Kevin C. Greene. It was done without the proper authority, as in a Court Order.

In reviewing the transcript's form that hearing, which were transcribed by and signed by (ADA Kevin C. Greene) wherein it also reads "Based upon the stipulaion of the parties" and " The Court further finds insufficient grounds / the Respondent does not meet the criteria for "Supervised Release".

Wherein he was acting under the Color of the Law when he made 'spical arrangments' and complance for set-up Electronic Serveillance which is a from of being monitored and /or "Supervised Release".

At that precise moment in time, his actions did came into play under the Bill Of Rights which guards against unreasonable searches and seizures. Therefore, along with requiring a warrant, supported by probable cause, and after searching the court records, via the assistance of the county recored's office, no warrant could be found.

Therefore it does fall well within the scope of the Fourth Amendment, as, applies to the states by way of the Due Process Clause of the Fourteenth Amendment.

The key fact that should be considered is this, as the court order reads in part, "the respondent shall be discharged from his Commirtment under Chapter 980 Wis. Stats effective July 7, 2010". This court order is a "Legal Release" from confinement, custody, or care <discharge a patient>. Therefore release from an obligation under Chapter 980.

Having been subjected to Electronic Serveillance, hence it's a violation as found in the Bill of Right's and fall's within the scope of cruel and unusual punishments inflicted. This in and of it's self is a violation of an individuals ' Civil Liberties ', more so when an individual no longer has an obilgation to a State Statue.

Michael J. Belleau
1025 Edwin St.
Marinette, Wis. 54143

*Michael J. Belleau*

Dated this 26th day of Nov. 2012.