# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

**Green Bay Division**

125 South Jefferson Street
P.O. Box 22490
Green Bay, WI 54305-2490

JON W. SANFILIPPO
CLERK

TEL: 920-884-3720
FAX: 920-884-3724
*www.wied.uscourts.gov*

November 27, 2012

Michael Belleau
1025 Edwin St.
Marinette, WI 54143

Re: **Michael J. Belleau v. Kevin C. Greene**
**Case No. 12-C-1198**

Dear Mr. Belleau:

    Enclosed is a magistrate judge consent form for your review.  Please complete this form and file it with the Office of the Clerk within 21 days of the date of this letter.

Very truly yours,

JON W. SANFILIPPO
Clerk of Court

s/Cheryl A. Veazie
Deputy Clerk

Enclosure