UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

USDC EDWI FILED IN GREEN BAY DIV
NOV 3 0 2012
AT ____ O'CLOCK ____ M
JON W. SANFILIPPO

MICHAEL J. BELLEAU
    Plaintiff(s),

v.    Case No. 12-C-1198

KEVIN C. GREENE
    Defendant(s).

---

## CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In accordance with 28 U.S.C. §636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the undersigned counsel of record (or pro se litigant) consents to have AARON E. GOODSTEIN conduct all proceedings in this case, including a bench or jury trial, and order the entry of final judgment.

Signed and dated this __29__ day of __Nov.__, 2012.

___/s/ Michael J. Belleau___
Attorney for plaintiff (plaintiff pro se)

_____
Attorney for defendant (defendant pro se)

**MAGISTRATE JUDGES DO NOT CONDUCT TRIALS IN FELONY CASES. ACCORDINGLY, IF THE PARTIES CONSENT TO THE EXERCISE OF JURISDICTION BY THE MAGISTRATE JUDGE, MAJOR CRIMINAL CASES WILL NOT INTERFERE WITH ITS SCHEDULING AND PROCESSING.**

## REFUSAL TO CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In the event you are unwilling to consent, sign below.

Signed and dated this _____ day of _____, 2012.

_____
Attorney for plaintiff (plaintiff pro se)

_____
Attorney for defendant (defendant pro se)

**PLEASE SEE THE ORDER ON THE REVERSE SIDE FOR FURTHER INFORMATION. THIS FORM SHALL BE RETURNED TO THE CLERK OF COURT WITHIN TWENTY-ONE (21) DAYS FROM ITS RECEIPT.**