United States District Court
Eastern District of Wisconsin
125 S. Jefferson St.
Green Bay, Wis. 54301


USDC EDWI
FILED IN GREEN BAY DIV
JAN - 8 2013
AT ____ O'CLOCK ____ M
JON W. SANFILIPPO

Office of the Clerk

Jon W. Sanfilippo

Status Review / Case No./ 12-C-1198

Office of the Clerk
Mr. Jon W. Sanfilippo

    On Nov. 29, 2012 a Motion was filed for Summary of Judgment, with this court, under F.R.Civ.P. 56(c). The petitioner now makes the following request, for a status review of case #12-C-1198.

    Whrerin coipes were filed with this court and with the defendent, Kevin C. Greene. As, a sufficient amount of time has passed with out a resopnse from the defendent, this time frame does not include 'Chrismas Break'.

    Therefore, I ask to be infromed as to a date when will this matter might be placed on the docket for a hearing before his Hon. J., Aaron E. Goodstine.

Respectfully;

*Michael J. Belleau* (signature)

Michael J. Belleau
1025 Edewin St.
Marinette, Wis. 54143
(920) 530-6864

Dated this 7th, Day of Jan. 2013

Cc: mjb