

USDC EDWI
FILED IN GREEN BAY DIV

FEB -6 2013

AT _____ O'CLOCK _____ M
JON W. SANFILIPPO

U.S. District Court
Eastern District of Wis.
125 Jefferson St.
Green Bay, Wis. 54301-4541

Office of the Clerk
Jon W. Sanfilippo

Michae J. Belleau  v  Kevin C. Greene

Civil Action No. 12-C-1198

Motion For No-Evidence

U.S. District Court
Eastern District of Wis.
125 Jefferson St.
Green Bay, Wis. 54301-4541

---

Motion For No-Evidence
Rules of Civel Pro. 166a(i).

---

Based on the fact that the adverse party has not come forward with any documentation, for a showing of any material facts to support a claim or defense .

And after an adequate time for discovery by the respondent, the movant now asks the court for summary judgment on the ground that there is no evidence of one or more essential elements of a claim or defense on which an adverse party would have the burden of proof at trial. Therefore, there is no real need for a jury trial. [FN 1]

As found in Case No.2003CI1002, filed on July 6th. 2010 in Brown County Circuit Court Branch IV. Wherein the'State's Stipulation For Dicharge' his Hon.Kendall Kelly, Assistant District Attoney Kevin Greene and Dr. Elwood did stipulate to the fact's in law, thought out this hearing it went 'Undisputed'. As found in the transcrips,drafted and signed by A.D.A. Kevin C. Greene. [FN 2]

Therefore, the court should grant the motion for relife, as the respondent has not produces summary judgment evidence raising a genuine issue of material fact. That will coincide with the same relative position(s) of the 'Rules of Civil Pro. 166a(i).'

Respectfully ;

*Michael J. Belleau* (signature)

Michael J. Belleau
Dated this 5th day of Feb. 2012.

Cc: Fed. Dist. Court
    File MJB

[FN 1] Proof of Service / Dated Jan.15,2013 10:29 am, USPS-Track & Confirm, Pg. 9
[FN 2] Motion for Summary of Judgement (i.e.) Exhibit 2 ,State's Stipulation for Discharge, Pg. 4.