U.S. District Court
Eastern District of Wis.
125 Jefferson St.
Green Bay, Wis. 54301-4541



USDC EDWI
FILED IN GREEN BAY DIV

FEB 1 4 2013

AT _____ O'CLOCK ___ M
JON W. SANFILIPPO

Michael J. Belleau
    *Plaintiff.*

v

Kevin C. Greene;
    *Denfenant.*

Civil Action No. 12-C-1198

You're Honer;

   The issue at hand is as follows, 'failed to serve as copy of the Summoms and Complaint on the defendent' and 'the time to respond not yet expired'. First of all I would like to say, that I due appreciate the Courts guidance for pointing out my errors.

   In that the U.S. Postal document , that was filed as proof of filing does read as being suggestive only, and not persuasive, therefore I have inclosed additional information that was opptained via the U.S.Post Office.The Postmaster General, (Marinette,Wi.) was of geat assistances in retrieving what is called 'Signature Confirmation' document wherein it shows who signed for the packet, that being a Ms. Brenda Brennan, which was dated Janurary 15,2013, 10:29 am.

   As a representative, through delegated authority, by the D.A.s Office in Green Bay, shedid take custody of said ' Service Packet' and full responability for it.

   The plaintiff the now asks the Court to review the inclosed 'Signature Confirmation' report and in furtherance, that on Janurary 16, 2013 A.M. that the Rule of 21 days to respond did commence and indeed has expired on February 5th, 2013. Therefore the defendant is in default y by way of neglience.

                                     With all due Respect;

                                     *[signature]*
                                     Michael J. Belleau

              Dated this  13th  Day of February 2013.



## Track/Confirm - Intranet Item Inquiry
## Item Number: EI68 2953 965U S

### This item was delivered on 01/15/2013 at 10:29

| | |
|---|---|
| **Signature:** | Brenda Brennan / Brenda Brennan |
| **Address:** | 300 E Walnut St |

**Enter Request Type and Item Number:**

Quick Search ⦿    Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

Case 1:12-cv-01198-WCG   Filed 02/14/13   Page 2 of 3   Document 12

2/11/2013

U.S. District Court
Eastern District of Wis.
125 Jefferson St.
Green Bay, Wis. 54301-4541


Office of the Clerk

Jon W. Sanfilippo