U.S. District Court
Eastern District of Wis.
125 Jefferson St.
Green Bay, Wis. 54301-4541



USDC EDWI
FILED IN GREEN BAY DIV
FEB 2 7 2013
AT ____ O'CLOCK ____ M
JON W. SANFILIPPO

Motion for an Order Compelling Disclosure or Discovery
Federal Rules of Civil Procedure-37(a)(1).
Civil Action No. 12-C-1198

The Plaintive now makes a formal request of the Court to grant this motion, of an order for a compelling disclosure or discovery, by Kiven C,Greene A.D.A., 300 E. Walnut St. Green Bay,Wi. 54301.

In General. "On notice to other parties and all affected persons, a party may move for an order compelling disclosure or discovery. The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action."

On January 17th, 2013, Mr.Greens was served with an 'Interrogatory', stating the following "To Produce the Orginal/Copy of a Court Order, Authorizing your office for need to arrange GPS monitoring ,set-up and compliance ". [ July 2ed,2010 ].

Wherein, the fact that the defendent has failed to respond and ( 30+) days have lapsed, as a holder of a public office, it's incumbent upon him to respopnd.

Certification is being offered by the enclosed documents 1) a file copy of the interrogatoty 2.) Express Mail and a receipt of payment there of and 3.) Independent 'Tracking' service.

Respectfully ;

*Michael J. Belleau*

Michael J. Belleau
Dated this 26th,day of, Febuary, 2013.

Cc: U.S. Dist. Court
File   MJB

Office of the District Attorney

300 E. Walnut St.
Green Bay, Wis. 54301

Attn: Mr. Kevin C. Greene

Interrogatory

To produce the Oringal / Copy of a Court Order, authorizing your office for " the need to arrange GPS monitorong, set-up and compliance;" Dated July 2ed, 2010.

Showing, the precise ,Place,Date and Time. Also, when was it signed and by whom ?

Respectfully ;

_____

Michael J. Belleau

Dated this __17__ day of __Jan__ 2013.

Cc: Fed. Dist. Court
     A.D.A. K.C. Greene
     File MJB

English    Customer Service    USPS Mobile                                    Register / Sign In



Search USPS.com or Track Packages

Quick Tools         Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| EI_____US | Express Mail® | Delivered | January 18, 2013, 10:37 am | GREEN BAY, WI 54301 | Guaranteed By: January 18, 2013, 12:00 PM<br>Proof of Delivery |
|  |  | Out for Delivery | January 18, 2013, 8:04 am | GREEN BAY, WI 54302 |  |
|  |  | Sorting Complete | January 18, 2013, 7:54 am | GREEN BAY, WI 54302 |  |
|  |  | Arrival at Post Office | January 18, 2013, 7:19 am | GREEN BAY, WI 54302 |  |
|  |  | Processed through USPS Sort Facility | January 17, 2013, 11:50 pm | GREEN BAY, WI 54304 |  |
|  |  | Dispatched to Sort Facility | January 17, 2013, 2:43 pm | MARINETTE, WI 54143 |  |
|  |  | Acceptance | January 17, 2013, 12:57 pm | MARINETTE, WI 54143 |  |

**Check on Another Item**

What's your label (or receipt) number?

---

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.



**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |

Mo. Day

**CUSTOMER USE ONLY**

**PAYMENT BY ACCOUNT**
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

☐ **WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**NO DELIVERY**
☐ Weekend ☐ Holiday   Mailer Signature

**TO:** (PLEASE PRINT)  PHONE ( )

ZIP + 4 (U.S. ADDRESSES ONLY, DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code | Day of Delivery | Postage
Date Accepted | Scheduled Date of Delivery | Return Receipt Fee
Mo. Day Year | Month Day | COD Fee | Insurance Fee
Time Accepted ☐ AM ☐ PM | Scheduled Time of Delivery ☐ Noon ☐ 3 PM | Military | Total Postage & Fees
Flat Rate ☐ or Weight lbs. ozs. | ☐ 2nd Day ☐ 3rd Day | Int'l Alpha Country Code | Acceptance Emp. Initials

**FROM:** (PLEASE PRINT)  PHONE ( )

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call **1-800-222-1811**
EMS



---

**OnStar Navigation System**
www.OnStar.com
Find Your Destination w/ OnStar. Plan Your Next Trip Without a Map! AdChoices ▷

Advertisement

**SHIPPING SIDEKICK · COM**
*Your Headquarters for Everything Shipping*

# U.S. Postal Service – EI682957962US

Lost package? File a Lost or Damaged Package Claim

Package Tracking Number: EI682957962US

Package Status: Your item was delivered at 10:37 am on January 18, 2013 in GREEN BAY, WI 54301. The item was signed for by B BRENNAN.

**Online Time Tracking**
www.timesheet.com
Cloud Based Time Tracking & Expense Reporting Software. Live Demo  AdChoices ▷

| Activity |
|---|
| Out for Delivery, January 18, 2013, 8:04 am, GREEN BAY, WI 54302 |
| Sorting Complete, January 18, 2013, 7:54 am, GREEN BAY, WI 54302 |
| Arrival at Post Office, January 18, 2013, 7:19 am, GREEN BAY, WI 54302 |
| Processed through USPS Sort Facility, January 17, 2013, 11:50 pm, GREEN BAY, WI 54304 |
| Dispatched to Sort Facility, January 17, 2013, 2:43 pm, MARINETTE, WI 54143 |
| Acceptance, January 17, 2013, 12:57 pm, MARINETTE, WI 54143 |

## Was your tracking info useful?
*Recommend us if you think YES!*

Thank You!    Recommend   2.2k

<< Track More Packages!

## Save money next time you ship!
Shipping Sidekick has a shipping rate calculator that allows you to get a real-time quote. Having a quick shipping rate comparison means you can find the best price!

## Shipping Industry News
Postal Service To Cut Saturday Mail To Trim Costs
Postage Price Increase - Stamp Prices Going Up January 27, 2013
  Info on the 2013 USPS Postage Rate Increases
UPS And The UPS Store Open for Martin Luther King Jr. (MLK) Day
  Provides Small Businesses a Convenient Location to Keep Business Moving Forward
Read more shipping news...

### *Return to the Shipping Sidekick Homepage*


Open an Online Store FREE!


Webplus Shop


uShip - Save Up To 80% On Shipping Your Freight  Get Quotes >>

| Shipping Sidekick Homepage | Press Releases | Compare Shipping Rates | Advertise on Our Site |
| Send Us an Email | Privacy Policy | Track Your Packages | Link to Shipping Sidekick |

Case 1:12-cv-01198-WCG   Filed 02/27/13   Page 5 of 5   Document 14