UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL J. BELLEAU,

    Plaintiff,

v.                        Case No. 12-C-1198

KEVIN C. GREENE,

    Defendant.

**ORDER**

The pro se plaintiff has filed a Motion to Compel [14] in the above matter. This is an additional motion in a series of motions plaintiff has filed without yet obtaining service on the defendant. Discovery will not be allowed until the plaintiff obtains service on the defendant and defendant files a response or defaults. Accordingly, the motion is premature and is therefore **DENIED**.

**SO ORDERED** this   28th   day of February, 2013.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach, Chief Judge
                                                    United States District Court