

U.S. District Court
Eastern District of Wis.
125 S Jefferson St.
Green Bay,Wi. 54301-4541


Office of the Clerk

Jon W. Sanfilippo


Civil Action No. 12-c-1198

Proof Of Service

March 4th, 2013

Civil Action No. 12-C-1198

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* A.D.A. Kevin Sheen

was received by me on *(date)* March 4, 2013 .

☐ I personally served the summons on the individual at *(place)*

      on *(date)*        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

    , a person of suitable age and discretion who resides there,

on *(date)*     , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*     , who is designated by law to accept service of process on behalf of *(name of organization)*

    on *(date)*      ; or

☐ I returned the summons unexecuted because      ; or

☐ Other *(specify):*


My fees are $     for travel and $     for services, for a total of $

I declare under penalty of perjury that this information is true.

Date: March 4, 2013

                                                  *Michael J. Belleau*
                                                  *Server's signature*

                                                  MICHAEL J. BELLEAU
                                                  *Printed name and title*

                                                  1625 Edwin St.
                                                  Marinette, Wi. 54143
                                                  *Server's address*

```
RECEIVED
MAR - 4 2013
DISTRICT ATTORNEY OFFICE
BROWN COUNTY
```

Additional information regarding attempted service, etc: