IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MICHAEL J. BELLEAU,

    Plaintiff,

v.                                        Case No. 12-C-1198

KEVIN C. GREENE,

    Defendant.

## NOTICE OF MOTION AND MOTION TO DISMISS

TO:    Michael J. Belleau
          1025 Edwin Street
          Marinette, Wisconsin 54143

PLEASE TAKE NOTICE that Defendant Kevin C. Greene, by Wisconsin Attorney General J.B. Van Hollen and Assistant Attorney General David C. Rice, moves the court for an order dismissing this action on the grounds of insufficiency of service of process and lack of personal jurisdiction, failure to serve a copy of the complaint on the defendant within 120 days after the complaint was filed, the issue preclusion doctrine, and the *Rooker-Feldman* doctrine.

Dated at Madison, Wisconsin, this 29th day of March, 2013.

                                                  J.B. VAN HOLLEN
                                                Attorney General

                                                <u>s/ David C. Rice</u>
                                                DAVID C. RICE
                                                State Bar # 1014323
                                                Assistant Attorney General
                                                Wisconsin Department of Justice
                                                Attorneys for Kevin C. Greene
                                                Post Office Box 7857
                                                Madison, Wisconsin 53707-7857
                                                Telephone: (608) 266-6823
                                                Fax: 608-267-8906
                                                E-Mail: **ricedc@doj.state.wi.us**