IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

*Michael J. Belleau v. Kevin C. Greene*
Case No. 12-C-1198

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2013, I electronically filed on behalf of the defendant, Kevin C. Greene:

- **Notice of Motion and Motion to Dismss**
- **Brief in Support of Motion to Dismiss**
- **Affidavit of David C. Rice, with attached Exhibit A**

with the Clerk of the Court using the ECF system. I hereby certify that a copy of each said document was mailed by United States Postal Service to the non-ECF participant on March 29, 2013, at the following place and address, which is the last known address of the non-ECF participant:

Michael J. Belleau
1025 Edwin St.
Marinette, Wisconsin 54143

                                  s/ David C. Rice
                                  DAVID C. RICE
                                  State Bar # 1014323
                                  Assistant Attorney General
                                  Wisconsin Department of Justice
                                  Attorneys for Dax C. Odom
                                  Post Office Box 7857
                                  Madison, Wisconsin 53707-7857
                                  Telephone: 608-266-6823
                                  Fax: 608-267-8906
                                  E-Mail: **ricedc@doj.state.wi.us**