

# STATE OF WISCONSIN
# DEPARTMENT OF JUSTICE

**J.B. VAN HOLLEN**
**ATTORNEY GENERAL**

**Kevin M. St. John**
**Deputy Attorney General**

**Steven P. Means**
**Executive Assistant**

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

**David C. Rice**
**Assistant Attorney General**
ricedc@doj.state.wi.us
608/266-6823
FAX 608/267-8906

April 11, 2013

Honorable William C. Griesbach
United States District Court
Green Bay Division
125 S. Jefferson Street
P. O. Box 22490
Green Bay, Wisconsin 54305-2490

      Re:    Michael J. Belleau v. Kevin C. Greene
              Case No. 12-C-1198

Dear Judge Griesbach:

    I represent defendant Kevin C. Greene in the above-referenced civil action. Mr. Greene has filed a motion to dismiss the action together with a brief and an affidavit in support of the motion (Documents 17-20). Plaintiff Michael J. Belleau has filed his response to the motion (Document 21). I write to inform you that Mr. Greene will not file any reply in support of his motion for summary judgment. This is because Mr. Greene believes that nothing raised in Mr. Belleau's response to the motion requires a reply.

                                    J.B. VAN HOLLEN
                                    Attorney General

                                    s/ David C. Rice
                                    DAVID C. RICE
                                    State Bar # 1014323
                                    Assistant Attorney General
                                    Wisconsin Department of Justice
                                    Attorneys for Kevin C. Greene
                                    Post Office Box 7857
                                    Madison, Wisconsin 53707-7857
                                    Telephone: (608) 266-6823
                                    Fax: 608-267-8906
                                    E-Mail: **ricedc@doj.state.wi.us**

      c:    Michael J. Belleau