Wisconsin Dept. of Justice
Post Office Box 7857
Madision,Wis. 53707-7857



A.A.G. David C. Rice

## MOTION FOR INTERROGATORY

To produces a copy of the 'Orginal' order authorizing [ A.D.A. Greene ] your office to proceed with " the need to arrange GPS monitoring, set-up and complance",specifying the precise date and place and the authorized signature granting your office to set in place 'Electronic Supervision '.

*Michael J. Belleau*

Dated this 18th day of April,2013

Pro se Litigant
Michael J. Belleau
1025 Edwin St.
Marinette, Wis. 54143

Cc: A.A.G. David C. Rice
Fed. Dist. Court
File MJB