

United States District Court
Eastern District of Wisconsin
125 S. Jefferson St.
Green Bay, Wis. 54301

Office of the Clerk
Jon W. Sanfilippo

Michael J. Belleau

Case No. 12-C-1198

United States District Court
Eastern District of Wisconsin
125 S. Jefferson St.
Green Bay, Wis. 54301



USDC EDWI
FILED IN GREEN BAY DIV
MAY 28 2013
AT_____ O'CLOCK_____M
JON W. SANFILIPPO

Motion for
Appointment of Counsel
and
U.S. Marshall, to serve
Complaint and Summons, to show "proof of service".

Case No. 12-C-1198

First and foremost, the plaintive is grateful to the Court for granting an extension of time to have a "Complaint and Summons "properly served upon ADA Greene.

The Courts Assessment of the plaintive's capabilities to present his case to the court is accurate, it has been a changeling task. The plaintive now makes the following request of the Court, an appointment of counsel and that of a U.S. Marshall. Due to the difficulty of the case and being that the plaintive has no formal training in law and the need of clarification of the facts in this case should be addressed by an Attorney.

The three factors for such a request; **1).**Merits, Court Order for Discharge Case No. 2003 CI 003, "the court hereby finds insufficient grounds to believe the respondent is still a sexually violent person ". Transcripts, State's Stipulation for Discharge, "the State cannot meet its burden to demonstrate that the respondent remains a sexually violent person by clear and convincing evidence at this time as required by Wis. Stat 980.09". (>980.09(3) 'the determination that the petition contains facts from which the court or jury may conclude that the person does not meet the criteria for commitment as a sexually violent person).' and " the State has no choice but to concede Discharge for the Respondent and release him to the community with no supervision". (>980.09(4) 'if the court or jury is satisfied that the state has not met its burden of proof under sub. (3) the petitioner shall be discharged from the custody of the department. **2).Attempting** to obtain a lawyer, a list of four here in Marinette (a) Schwaba & Sparks, 1851 Riverside Ave. Civil Rights, No Fee/Unless Recovery. (b) Michael J. Perry, 3923 Hall Ave. Criminal Law ,No Fee/Unless Recovery. (c) Spangenburg Law Office, 2020 Ella Ct.,Criminal Law. (d) Michael J. Palid, 667 State St. General Practice.

Not being successful I thereby expanded my search to out of state, Mich., Minn. and ILL., five in each state, the list of names are no longer available.

3). <u>Plaintiff's financial ability</u> to retain counsel. The court is knowledgeable of the plaintiff's financial status (i.e.) in forma pauperis.

                         Michael J. Belleau

                    */s/ Michael J. Belleau*

Dated this 25th day of May 2013.

Cc; Dist. Court
    File MJB