USDC EDWI
FILED IN GREEN BAY DIV

JUL 2 2 2013

AT _____ O'CLOCK _____ M
JON W. SANFILIPPO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL J. BELLEAU,

    Plaintiff,

v.                                     Case No. 12-C-1198

KEVIN C. GREENE,

    Defendant.

## AGREEMENT TO REIMBURSE PRO BONO FUND

I am the indigent plaintiff in this action and in consideration of the Court requesting an attorney to represent me I hereby agree to reimburse the District Court Pro Bono Fund out of any proceeds received (1) in settlement of my claim or claims or (2) upon prevailing other than by settlement of my claim or claims, for any expenses and/or costs which are either prepaid from the District Court Pro Bono Fund or incurred by my pro bono attorneys in accordance with the Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases.

Date: _July 19, 2013_

_Michael J. Belleau_
Michael J. Belleau