UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

**MICHAEL J. BELLEAU,**
    Plaintiff,

          v.                        Case No. 12-C-1198

**KEVIN C. GREENE,**
    Defendant.

___

## CIVIL LOCAL RULE 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiff Michael J. Belleau, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. Full name of parties represented: Michael J. Belleau.

2. Michael J. Belleau is not a corporation.

3. Law firms appearing or expected to appear:

    Law Offices of James A. Walrath, LLC

    American Civil Liberties Union of Wisconsin Foundation, Inc.


**Date:** August 9, 2013     **By:**    /Laurence J. Dupuis
                                                          Laurence J. Dupuis
                                                          State Bar No. 1029261
                                                           One of Plaintiff's Attorneys
                                                            ACLU of Wisconsin Foundation, Inc.
                                                            207 E. Buffalo Street, Suite 325
                                                             Milwaukee, WI 53202-5712
                                                            (414) 272-4032
                                                            Facsimile: (414) 272-0182
                                                            E-mail: ldupuis@aclu-wi.org