# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

MICHAEL J. BELLEAU,
      Plaintiff,

                v.                                  Case No. 12-C-1198

KEVIN C. GREENE,
      Defendant.

## CIVIL LOCAL RULE 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiff Michael J. Belleau, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1.      Full name of parties represented: Michael J. Belleau.

2.      Michael J. Belleau is not a corporation.

3.      Law firms appearing or expected to appear:

Law Offices of James A. Walrath, LLC

American Civil Liberties Union of Wisconsin Foundation, Inc.

**Date:** <u>August 9, 2013</u>        **By:**    /James A. Walrath
                                               James A. Walrath
                                             State Bar No. 1012151
                                             One of Plaintiff's Attorneys
                                             Law Offices of James A. Walrath, LLC
                                             324 E. Wisconsin Ave., #1410
                                             Milwaukee, WI 53202
                                             (414) 202-2300
                                             E-mail: jw@jaw-law.com