IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MICHAEL J. BELLEAU,

    Plaintiff,

v.                                         Case No. 12-C-1198

KEVIN C. GREENE,

    Defendant.

## SUBSTITUTION OF ATTORNEYS

PLEASE TAKE NOTICE that, subject to and without waiving any objections to jurisdiction or to the court's competency to proceed, the defendants appear in this action by their attorneys, J.B. Van Hollen, Attorney General, and Abigail C.S. Potts and Anthony D. Russomanno, Assistant Attorneys General, who are being substituted for Assistant Attorney General David C. Rice, and ask that all documents in this matter be served on them.

Dated this 29th day of August, 2008.

                                            J.B. VAN HOLLEN
                                            Attorney General

                                            s/ ABIGAIL C.S. POTTS
                                            Abigail C.S. Potts
                                            Anthony D. Russomanno
                                            Assistant Attorneys General
                                            State Bar # 1060762
                                            State Bar #1076050
                                            Attorneys for Defendant
                                            Wisconsin Department of Justice
                                            Post Office Box 7857
                                            Madison, WI 53707-7857
                                            Telephone: (608) 267-7292
                                            Fax: (608) 267-8906
                                            E-mail: pottsac@doj.state.wi.us
                                            E-mail: russomannoad@doj.state.wi.us