IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MICHAEL J. BELLEAU,

    Plaintiff,

    v.                                Case No. 12-C-1198

EDWARD F. WALL, in his official
capacity as Secretary of the Wisconsin
Department of Corrections, and DENISE
SYMDON, in her official capacity as
Administrator of the Division of
Community Corrections.

    Defendants.

## STIPULATED MOTION TO ALLOW 90 DAYS TO ANSWER

    The plaintiff, Michael J. Belleau, by his counsel Attorney Laurence J. Dupuis and James A. Walrath, and defendants, by their counsel, Attorney General J.B. Van Hollen and Assistant Attorneys General Abigail C. S. Potts and Anthony D. Russomanno, do hereby stipulate and agree that the defendants may have 90 days from October 10, 2013, to answer or otherwise respond to the amended complaint.

    The parties hereby respectfully move the Court for an order allowing 90 days to answer, making the deadline for the amended answer January 8, 2014.

Dated this 10th day of October, 2013.

        J.B. VAN HOLLEN
        Attorney General


        <u>s/ ABIGAIL C.S. POTTS</u>
        Abigail C.S. Potts
        Anthony D. Russomanno
        Assistant Attorneys General
        State Bar # 1060762
        State Bar #1076050

        Wisconsin Department of Justice
        Post Office Box 7857
        Madison, WI 53707-7857
        Telephone: (608) 267-7292
        Fax: (608) 267-8906
        E-mail: pottsac@doj.state.wi.us
        E-mail: russomannoad@doj.state.wi.us

        Attorneys for Defendants

        <u>s/ Laurence J. Dupuis</u>
        Laurence J. Dupuis
        State Bar No. 1029261
        ACLU of Wisconsin Foundation
        207 East Buffalo St., #325
        Milwaukee, WI 53202-5712
        (414) 272-4032
        ldupuis@aclu-wi.org

        James A. Walrath
        State Bar No: 1012151
        Law Offices of James A. Walrath, LLC.
        324 E. Wisconsin Ave., #1410
        Milwaukee, WI 53202
        Telephone: (414) 202-2300
        Email: jw@jaw-law.com

        Attorneys for Plaintiff Michael J. Belleau