# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**MICHAEL J. BELLEAU**,

                Plaintiff(s),     **RULE 16 TELEPHONE**

      v.                             **SCHEDULING CONFERENCE**

**EDWARD F. WALL, et al.**,                 Case No. 12-C-1198

                Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding          Tape: _____
Deputy Clerk: Amanda                                            Hearing Began:   8:59 a.m.
Proceeding Held: February 10, 2014                    Hearing Ended:   9:14 a.m.

**Appearances:**

    **Plaintiff(s):**    James Walrath, Laurence Dupuis

    **Defendant(s):**    Anthony Russomanno

**Scheduling:**

| | |
|---|---|
| Initial Disclosures: | February 28, 2014 |
| Amended Pleadings: | |
| Expert Disclosure (Plaintiff): | July 15, 2014 |
| Expert Disclosure (Defendant): | August 15, 2014 with rebuttal due September 15, 2014 |
| Discovery: | October 15, 2014 |
| Dispositive Motions: | December 15, 2014, oppositions due January 30, 2015 and replies due February 16, 2015 |
| Final Pretrial Conference: | |
| ☐ Jury Trial ☐ Court Trial: | |
| Trial Estimate: | |
| ☐ TC ☐ SC ☐ HRG set for: | |

☒ Dates entered on court calendar

---

The court adopts the joint Rule 26(f) report.