IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MICHAEL J. BELLEAU,
      Plaintiff(s),

v.                                             Case No. 12-C-1198

EDWARD F. WALL, et al.,
      Defendant(s).

## SCHEDULING ORDER

The court held a telephone scheduling conference with the parties' attorneys on February 10, 2014, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16(a) (E.D. Wis.). Accordingly, the parties shall comply with the following schedule and procedures.

## DISCOVERY

1. Initial disclosures are to be exchanged in accordance with Fed. R. Civ. P. 26(a)(1) on or before February 28, 2014.

2. Amendments to the pleadings may be filed without leave of court within 30 days of the date of this order. Fed. R. Civ. P. 15 will apply to any amendment filed after that date.

3. In accordance with Fed. R. Civ. P. 26, Plaintiff's expert witness disclosure is due on or before July 15, 2014 and Defendant's expert witness disclosure is due on or before August 15, 2014.

4. All discovery in this case is to be completed no later than October 15, 2014.

5. Expedited non-dispositive motions must be in compliance with Civil L.R. 7(h).

6. Counsel seeking non-dispositive procedural relief shall consult with the opposing party and include in the motion a statement indicating whether or not the motion is opposed.

## SUMMARY JUDGMENT MOTIONS

7. Motions for summary judgment must comply with Fed. R. Civ. P. 56 and Civil L.R. 7 and shall be served and filed on or before December 15, 2014.

8. Any summary judgment motion filed against a pro se litigant must comply with Civil L.R. 56(a).

9. If one or more parties believe there is a threshold factual issue that could resolve the case quickly, this Court has adopted an expedited "fast track" summary judgment procedure. Additional information can be found on the court's website at www.wied.uscourts.gov under Contact Information/Judges/William C. Griesbach/Special Instructions for Litigants.

## ADDITIONAL PROCEDURES

10. All requests of the court must be made by formal motion in accordance with Civil L.R. 7 and the Federal Rules of Civil Procedure.

11. Courtesy copies of all documents that exceed ten (10) pages in length must be provided to the court in paper format.

12. Counsel are to confer and make a good faith effort to settle the case and explore various methods of alternate dispute resolution (ADR). The court will refer the case to one of the magistrate judges for mediation, at no cost to the parties, when a request is made at least ninety (90) days prior to the final pretrial conference.

13. Settlement discussions must be completed prior to the final pretrial conference. In cases where settlement occurs after the final pretrial conference, the court may impose jury-related costs, including notification, travel, and attendance fees, upon the responsible attorneys.

14. The foregoing schedule shall not be modified except upon a showing of good cause and by

2

leave of the court. The pendency of motions or settlement discussions shall not justify modification of the schedule, nor delay the taking of discovery.

SO ORDERED this   10th   day of February, 2014.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court
