# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHAEL J BELLEAU,

    Plaintiff,

  v.

EDWARD F. WALL, Secretary Wisconsin
Department of Corrections,

    Defendants.

Case No. 12-C-1198

## ORDER APPROVING PROPOSED PROTECTIVE ORDER

The Court has directed entry of the proposed Protective Order to which the parties stipulated subject to one modification. The Court has struck subsection 11(h) which makes the Court and all persons assisting the Court subject to the limitation on the use of confidential material. This provision is unnecessary. The Court does not expect to have access to any information other than what is filed with the Court. The parties should not file with the Court any information, confidential or otherwise, that is not relevant to the action. If the information is used in the Court's analysis, it must be disclosed. *See Union Oil Co. of California v. Leavell*, 220 F.3d 562, 567 (7th Cir. 2000) and *Hicklin Eng'g, L.C. v. Bartell*, 439 F.3d 346 (7th Cir. 2006). The Court will use every effort to avoid disclosing confidential and embarrasing information. To the extent such information is necessary for full understanding of the rationale of any decision the Court enters, however, it must

be disclosed. Moreover, the parties are expected to comply with General Local Rule 79(d) in filing any matters under seal. Subject to this modification, the order is approved.

**SO ORDERED** at Green Bay, Wisconsin this  10th  day of June, 2014.

                                                         BY THE COURT

                                            s/ William C. Griesbach
                                           William C. Griesbach, Chief Judge
                                           United States District Court