# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

**MICHAEL J. BELLEAU,**
    **Plaintiff,**

v.                                Case No. 12-CV-1198 (WCG)

**EDWARD F. WALL, et. al.,**
    **Defendants.**

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff Michael Belleau and Defendants Edward Wall and Denise Symdon respectfully request that this Court enter the attached Stipulation and Protective Order. In support thereof, the parties state as follows:

1. In the course of discovery, the parties anticipate requesting documents and other responses to discovery that are likely to include sensitive information from the Department of Corrections' policies and procedures regarding the implementation or execution of global position system tracking devices.

2. Plaintiff and Defendants respectfully request that certain restrictions be imposed by the Court on the parties' use of confidential information as set forth in the proposed protective order.

WHEREFORE, Plaintiff and Defendants request that the Court enter the attached Stipulation and Protective Order and order such further relief as the Court deems equitable and just.

1

Dated this 26th day of June 2014.

                              Respectfully submitted,

                              <u>/s Abigail C.S. Potts</u>
                              Abigail C.S. Potts
                              Wisconsin Bar No. 1060762
                              Assistant Attorney General
                              Wisconsin Department of Justice
                              P.O. Box 7857
                              Madison, WI 53707-7857
                              Telephone: (608) 267-7292
                              Fax: (608) 267-8906
                              Email: pottsac@doj.state.wi.us

                              <u>/s Anthony D. Russomanno</u>
                              Anthony D. Russomanno
                              Wisconsin Bar No. 1076050
                              Assistant Attorney General
                              Wisconsin Department of Justice
                              P.O. Box 7857
                              Madison, WI 53707-7857
                              Telephone: (608) 267-2238
                              Fax: (608) 267-8906
                              Email: russomannoad@doj.state.wi.us

                              *Attorneys for Defendants*

                              <u>/s Laurence J. Dupuis</u>
                              Laurence J. Dupuis
                              Wisconsin Bar No. 1029261
                              AMERICAN CIVIL LIBERTIES UNION
                              OF WISCONSIN FOUNDATION, INC.
                              207 East Buffalo Street, Suite 325
                              Milwaukee, WI 53202-5712
                              Telephone: (414) 272-4032, ext. 12
                              Fax: (414) 272-0182
                              Email: ldupuis@aclu-wi.org

                              <u>/s James A. Walrath</u>
                              James A. Walrath
                              Wisconsin Bar No. 1012151
                              LAW OFFICES OF JAMES A. WALRATH, LLC.
                              324 E. Wisconsin Ave., #1410
                              Milwaukee, WI 53202
                              Telephone: (414) 202-2300

Email: jw@jaw-law.com

*Attorneys for Plaintiff*