IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MICHAEL J. BELLEAU,

    Plaintiff,

    v.                                 Case No. 12-C-1198

EDWARD F. WALL, in his official
capacity as Secretary of the Wisconsin
Department of Corrections, and DENISE
SYMDON, in her official capacity as
Administrator of the Division of
Community Corrections.

    Defendants.

## STIPULATION AND ORDER REGARDING CONFIDENTIALITY OF CERTAIN SENSITIVE DOC POLICIES AND PROCEDURES

### STIPULATION

The parties to this action, by their attorneys, stipulate that all sensitive Department of Corrections policies and procedures requested by the plaintiff's counsel that the defendants believe should remain confidential and limited to attorneys' eyes only will be stamped "CONFIDENTIAL – SENSITIVE INFORMATION" and provided to the plaintiff's counsel. The plaintiff's counsel recognizes that disclosure of such information could endanger public safety. Consequently, the plaintiff's counsel shall not disclose such information to Plaintiff Belleau or anyone else other than the

members of the plaintiff's law firm or experts or consultants on a need to know basis without written notice to the defendants' counsel and permission of the defendants or the court. The plaintiff's counsel reserves the right to move the court for permission to disclose to plaintiff (or others beyond the law firms, experts or consultants who may receive such information under this stipulation) information designated "Confidential-Sensitive Information" should they deem such disclosure necessary and they are unable to arrive at an agreement with defendants for such disclosure.

Dated: **6-26-14**                                   Dated: **6-26-14**

*s/Abigail C.S. Potts*                               *s/Laurence J. Dupuis*
ABIGAIL C. S. POTTS                                  LAURENCE J. DUPUIS
State Bar #1060762                                   State Bar #1029261
Wisconsin Department of Justice                      ACLU of Wisconsin Foundation
Post Office Box 7857                                 207 East Buffalo St., #325
Madison, Wisconsin 53707-7857                        Milwaukee, WI 53202-5712
(608) 267-7292                                       (414) 272-4032
pottsac@doj.state.wi.us                              ldupuis@aclu-wi-org

ANTHONY D. RUSSOMANNO                                JAMES A. WALRATH
State Bar #1076050                                   State Bar #1012151
Wisconsin Department of Justice                      Law Office of James A. Walrath, LLC.
Post Office Box 7857                                 324 E. Wisconsin Ave., #1410
Madison, Wisconsin 53707-7857                        Milwaukee, WI 53202
(608) 267-2238                                       (414) 202-2300
russomannoad@doj.state.wi.us                         jw@jaw-law.com

Attorneys for the defendants                         Attorneys for the plaintiff

## ORDER

The above stipulation of the parties, by their attorneys, is hereby approved by the court and, the court having found that good cause has been shown,

IT IS ORDERED THAT all sensitive Department of Corrections policies and procedures requested by the plaintiff's counsel that the defendants believe should remain confidential and limited to attorneys' eyes only will be stamped "CONFIDENTIAL – SENSITIVE INFORMATION" and provided to the plaintiff's counsel. The plaintiff's counsel recognizes that disclosure of such information could endanger public safety. Consequently, the plaintiff's counsel shall not disclose such information to Plaintiff Belleau or anyone else other than the members of the plaintiff's law firm or experts or consultants on a need to know basis without written notice to the defendants' counsel and permission of the defendants or the court.

APPROVED AND SO ORDERED:

Dated this _____ day of _____, 2014.

BY THE COURT:

_____
HON. WILLIAM C. GRIESBACH, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN