IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MICHAEL J. BELLEAU,

    Plaintiff,

  v.

EDWARD F. WALL, in his official capacity
as Secretary of the Wisconsin Department of
Corrections, and DENISE SYMDON, in her
official capacity as Administrator of the
Division of Community Corrections.

    Defendants.

Case No. 12-C-1198

**ORDER REGARDING CONFIDENTIALITY
OF CERTAIN SENSITIVE DOC POLICIES AND PROCEDURES**

The stipulation of the parties, ECF [47], is hereby approved by the court and, the court having found that good cause has been shown,

IT IS ORDERED that all sensitive Department of Corrections policies and procedures requested by the plaintiff's counsel that the defendants believe should remain confidential and limited to attorneys' eyes only will be stamped "CONFIDENTIAL – SENSITIVE INFORMATION" and provided to the plaintiff's counsel. The plaintiff's counsel recognizes that disclosure of such information could endanger public safety. Consequently, the plaintiff's counsel shall not disclose such information to Plaintiff Belleau or anyone else other than the members of the plaintiff's law firm or experts or consultants on a need to know basis without

written notice to the defendants' counsel and permission of the defendants or the court.

APPROVED AND SO ORDERED:

Dated this 27th day of June, 2014.

BY THE COURT:

s/ William C. Griesbach
HON. WILLIAM C. GRIESBACH, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN