

**STATE OF WISCONSIN
DEPARTMENT OF JUSTICE**

J.B. VAN HOLLEN
ATTORNEY GENERAL

Kevin M. St. John
Deputy Attorney General

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

Abigail C. S. Potts
Assistant Attorney General
pottsac@doj.state.wi.us
608/267-7292
FAX 608/267-2223

July 30, 2014

Honorable William C. Griesbach
United States District Court for the Eastern District of Wisconsin
Jefferson Court Building
125 S. Jefferson St., Rm. 102
Green Bay, WI 54301-4541

    Re:    *Belleau v. Wall and Symdon*, Case No. 12-C-1198

Dear Judge Griesbach:

During discovery it has come to our attention that you were the Assistant District Attorney in the criminal case against Mr. Belleau in 1994, Brown Co. Case No. 94-CF-159. Counsel for the parties promptly conferred after this was discovered and agreed that we should notify the Court to make sure you were aware of your prior involvement. That said, neither side requests recusal, or has any objection to you continuing to handle the case.

    Sincerely,

ABIGAIL C. S. POTTS
State Bar #1060762
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-7292
pottsac@doj.state.wi.us

ANTHONY D. RUSSOMANNO
State Bar #1076050
Wisconsin Department of Justice

LAURENCE J. DUPUIS
State Bar #1029261
ACLU of Wisconsin Foundation
207 East Buffalo St., #325
Milwaukee, WI 53202-5712
(414) 272-4032
ldupuis@aclu-wi.org

JAMES A. WALRATH
State Bar #1012151
Law Office of James A. Walrath, LLC.

Honorable William C. Griesbach
July 29, 2014
Page 2

        Post Office Box 7857　　　　　　　　　324 E. Wisconsin Ave., #1410
        Madison, Wisconsin 53707-7857　　　Milwaukee, WI 53202
        (608) 267-2238　　　　　　　　　　　(414) 202-2300
        russomannoad@doj.state.wi.us　　　　jw@jaw-law.com

        Attorneys for the Defendants　　　　　Attorneys for the Plaintiff