UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

**MICHAEL J. BELLEAU,**

    **Plaintiff,**

**v.**                                                                                     **Case No. 12-C-1198**

**EDWARD F. WALL, et. al.,**

    **Defendants.**

---

### ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

---

Based upon the plaintiff's unopposed motion and finding good cause shown, IT IS HEREBY ORDERED:

1. The Scheduling Order of February 10, 2014 [Doc. 42], as amended by a text-only order of July 11, 2014, is amended to allow Plaintiff until September 15, 2014, and Defendants until October 15, 2014, to serve their expert disclosures; to extend the close of discovery to November 15, 2014; and to extend the summary judgment deadline to January 15, 2015.

2. All other provisions of the Scheduling Order remain unchanged.

Dated this __4th__ day of August, 2014.

                                                           s/ William C. Griesbach
                                                           William C. Griesbach, Chief Judge
                                                           United States District Court
                                                            Eastern District of Wisconsin