# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**MICHAEL J. BELLEAU**,

Plaintiff,

v.

**TELEPHONE CONFERENCE**

**EDWARD F. WALL, et al.**,

Case No. 12-C-1198

Defendants.

---

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Tape: ___080714___ |
| Deputy Clerk: Mary | Hearing Began: ___9:34 a.m.___ |
| Proceeding Held: August 7, 2014 | Hearing Ended: ___9:40 a.m.___ |

**<u>Appearances:</u>**

| | |
|---|---|
| **Plaintiff:** | Laurence J. Dupuis |
| **Defendants:** | Abigail Potts |
| | Anthony D. Russomanno |

---

The Judge addresses [50] letter regarding prosecution of this case when he was Assistant District Attorney; and questions parties as to history of case.

The parties do not object to the Judge staying on the case. The Judge finds this is an issue of law and since he has no recollection of the case, he will proceed in presiding over this case.

Atty. Dupuis states case is proceeding as scheduled and no delay is anticipated at this point.