UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**MICHAEL J. BELLEAU,**
    Plaintiff,

v.    Case No. 12-C-1198

**EDWARD F. WALL, ET AL.,**
    Defendants.

**JOINT MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT MEMORANDA NOT EXCEEDING 55 PAGES**

The parties, by undersigned counsel, respectfully move the Court for leave to file summary judgment memoranda not exceeding 55 pages in length for the following reasons:

1. The scheduling order in this matter sets February 16, 2015, as the date by which either party must file its summary judgment motion and supporting memorandum.

2. This district's Civil L. R. 56(b)(8) imposes a 30-page limit on the length of the principal memorandum supporting the summary judgment motion by each party.

3. The parties have conferred regarding the filing of summary judgment motions. Both sides intend to file motions and have agreed to file them on the same date, February 16, 2015, together with supporting memoranda.

4. The parties have also agreed to the submission of a joint stipulation of facts, consistent with Civil L. R. 56(b)(5), approximately 12 pages in length.

5. Based on the extent of the pretrial discovery that has occurred, to which numerous references will be made in the memoranda, the extent of the stipulated facts, and the number of major constitutional issues and affirmative defenses that have been raised, the parties' current preparations for their supporting memoranda indicate that an additional 25 pages, beyond the local rule's 30-page limit, may be needed to fully present relevant points in their arguments.

6. Accordingly, the parties jointly request leave to file supporting memoranda not to exceed 55 pages in length each.

**Date:** February 9, 2015  **By:** /James A. Walrath  
James A. Walrath  
State Bar No. 1012151  
Law Offices of James A. Walrath, LLC  
324 E. Wisconsin Ave., #1410  
Milwaukee, WI 53202  
(414) 202-2300  
jw@jaw-law.com  

/Laurence J. DuPuis  
Laurence J. Dupuis  
American Civil Liberties Union  
of Wisconsin Foundation, Inc.  
State Bar No. 1029261  
207 East Buffalo Street, Suite 325  
Milwaukee, WI 53202-5712  
(414) 272-4032  
ldupuis@aclu-wi.org  


Attorneys for Plaintiff Belleau

**Date:** February 10, 2015


/s/Anthony D. Russomanno  
ANTHONY D. RUSSOMANNO  
Assistant Attorney General  
State Bar #1076050  
Email: russomannoad@doj.state.wi.us  
(608) 267-2238  
(608) 267-8906 (Fax)


/s/Abigail C. S. Potts  
ABIGAIL C. S. POTTS  
Assistant Attorney General  
State Bar No. 1060762  
Email: pottsac@doj.state.wi.us  
(608) 267-7292  
(608) 267-8906 (Fax)

Attorneys for defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857