IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MICHAEL J. BELLEAU,

    Plaintiff,

    v.                      Case No. 12-CV-1198

EDWARD F. WALL, et al.,

    Defendants.

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, by their attorneys, hereby move the Court, pursuant to Rule 56, Fed. R. Civ. P., for an order of summary judgment dismissing all of the plaintiffs' claims, which seek to challenge Wisconsin's GPS law on ex post facto, Fourth Amendment, equal protection, and due process grounds. The grounds for this motion are set forth in the accompanying brief, the parties' Joint Stipulations, Defendants' Proposed Findings of Fact, and supporting documents.

Dated this 16th day of February, 2015.

                      Respectfully submitted,

                      BRAD D. SCHIMEL
                      Attorney General

                      ***s/Anthony D. Russomanno***
                      ANTHONY D. RUSSOMANNO
                      Assistant Attorney General
                      State Bar #1076050

ABIGAIL C. S. POTTS
Assistant Attorney General
State Bar #1060762

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-2238 (*AAG Russomanno*)
(608) 267-7292 (*AAG Potts*)
(608) 267-2223 (fax)
*russomannoad@doj.state.wi.us*
*pottsac@doj.state.wi.us*