UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

MICHAEL J. BELLEAU,

      Plaintiff,

v.                              Case No. 12-CV-1198 (WCG)

EDWARD F. WALL, et. al.,

      Defendants.

---

**AFFIDAVIT OF WESLEY RAY**

---

**STATE OF WISCONSIN**    **)**
                            **) ss.**
**COUNTY OF DANE**        **)**

    **WESLEY RAY**, being first duly sworn, on oath states as follows:

    1.    I make this affidavit on the basis of my personal knowledge and review of the regularly maintained institutional and financial records of the Wisconsin Department of Corrections (DOC).

    2.    I am employed by DOC in the Division of Community Corrections (DCC) as the Director of the Office of Management and Budget (OMB). I have held this position since November 21, 2010.

    3.    In my capacity as the OMB Director, my duties and responsibilities include oversight of DCC's Business Office, Cashiers Unit, records management and Program & Policy Unit.

4.    In the fiscal year for 2014 (July 2013 to June 2014), GPS rental and related maintenance costs paid to BI (the private vendor) were $1,790,635.97.

5.    Currently, all GPS registrants are monitored using "active" GPS technology.

6.    The number of active GPS units rented varies by month.  For example, for the fiscal year of 2014, DOC rented 848 active units in July 2013 (the lowest quantity for any month in fiscal year 2014); 978 active units in November 2013; and 1017 active units in February 2014 (the highest quantity for any month in fiscal year 2014). The rental fee must be paid for an entire month if a unit is used for any period during a given month.

7.    For fiscal year 2014, the cost per day to rent the active units was $6.90 per unit.  As of July 2014, the figure was reduced to $4.50 per day per unit based on a new contract. So, rental fees alone cost the DOC roughly $135.00 a month per registrant under the new lower rate.

8.    For the fiscal year of 2014, $174,925 was billed to registrants on GPS and $51,144 was collected.

9.    Mr. Belleau is billed at the rate of $50 per month. DOC records reflect that he has never made a payment.

10.    In the fiscal year for 2014, the GPS Specialist position and the Office Operations Associate position for the GPS program had salary and fringe costs totaling $75,261.63.

11.    For the fiscal year of 2014, the Monitoring Center—which oversees GPS as well as other types of monitoring—had an operating budget including all salary and fringe of $9,841,906.61.

**/s/Wesley M. Ray**
**WESLEY RAY**


Subscribed and sworn to before me
this 9th day of February 2015.


/s/Linda A. Lembcke
[Sign Name]


Linda A. Lembcke
[Print Name]
Notary Public, State of Wisconsin
My Commission expires: 7-2-17.