UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MICHAEL J. BELLEAU,

    Plaintiff,

v.                                    Case No. 12-CV-1198 (WCG)

EDWARD F. WALL, et. al.,

    Defendants.

## AFFIDAVIT OF AMY JENKINS

**STATE OF WISCONSIN** )
                               ) ss.
**COUNTY OF JUNEAU** )

    **AMY JENKINS**, being first duly sworn, on oath states as follows:

    1.    I am employed by the Wisconsin Department of Health Services (DHS) as the Health Information Supervisor.

    2.    In my capacity as Health Information Supervisor, my duties and responsibilities include directing and administering the functions of patient admissions and the Records Department. I am also responsible for overseeing and coordinating training of all facility staff regarding patients' rights to privacy and the proper use and disclosure of protected health information. Additionally, I have access to all records maintained at SRSTC related to patients committed or detained under Chapter 980 of the

Wisconsin Statutes as sexually violent persons, and who are residing at SRSTC. As part of my regular duties, I have access to DHS records.

3. Attached to this affidavit as **Exhibit 1008** is a true and correct copy of excerpts from Michael Belleau's DHS records.

        **/s/Amy Jenkins**
        **AMY JENKINS**

Subscribed and sworn to before me
this 2nd day of February 2015.


/s/Eliza S. Wells
[Sign Name]


Eliza S. Wells
[Print Name]
Notary Public, State of Wisconsin
My Commission expires: 12/19/18