UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**MICHAEL J. BELLEAU,**

 Plaintiff,

vs.                     Case No. 12-cv-1198 (WCG)

**EDWARD F. WALL,** *et al.*,

 Defendants.

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

   Pursuant to Fed. R. Civ. P. 56 and Civ. L.R. 56, and upon the pleadings in this case and the declarations, proposed material facts, stipulations and the memorandum in support filed herewith, Plaintiff Michael Belleau hereby moves for summary judgment and requests that this Court grant: (1) a declaration that imposition of lifetime GPS tracking of him pursuant to Wis. Stat. § 301.48 violates his federal constitutional rights under the Ex Post Facto Clause of Article 1, Section 10; the Fourth Amendment; and the Equal Protection Clause of the Fourteenth Amendment; (2) an injunction forbidding Defendants from requiring Mr. Belleau to continue wearing a GPS device pursuant to Wis. Stat. § 301.48; and (3) any further relief this Court deems just and proper.

Dated this 16th day of February, 2015.

                By:  /s Laurence J. Dupuis
                     Laurence J. Dupuis
                     State Bar No. 1029261
                     ACLU of Wisconsin Foundation
                     207 East Buffalo St., #325
                     Milwaukee, WI 53202-5712
                     (414) 272-4032

1

ldupuis@aclu-wi.org

James A. Walrath
State Bar No: 1012151
Law Offices of James A. Walrath, LLC.
324 E. Wisconsin Ave., #1410
Milwaukee, WI 53202
Telephone: (414) 202-2300
Email: jw@jaw-law.com

Attorneys for Plaintiff Michael J. Belleau