**DUPUIS DECLARATION EXHIBIT J**

# Michael Belleau          AUG 29 2014

| Date | Discharge Date | Notes |
|---|---|---|
| 7/7/2010 | 7/7/2010 | Reg. discharged from 980 commitment, hooked up on GPS as Lifetime |
| 8/17/2010 | | Email from MC: Michael Belleau generated a strap tamper alert on 8/17 at 0319. The MC called Ashwaubenon PD to report the tamper. Ashwaubenon went to the listed residence of 2841 Ramada Way, Green Bay, WI. The PD reported Mr. Belleau checked out of the hotel on 7/8 and has not been back since. This staff checked the GPS points and it appears Mr. Belleau has been in Pulaski, WI since 7/29. On 8/17 the nearest points generated show an address of 161 W Pulaski St Pulaski, WI 54162. This staff checked SORP and Mr. Belleau has a registered address of 137 W PULASKI ST APT 18 PULASKI, WI 54162 BROWN COUNTY reported on 8/2/2010 and verified 8/9/2010. We still have no listed contact number. About the tamper, a service request was sent to BI. I will update the address in TotalAccess and also update the Service Request. If more is needed, please let the MC know. |
| 9/2/2010 | | Today, Michael Belleau showed up in Menomonie, Michigan at the police department and asked them to remove his GPS bracelet and told them he would be living at a motel in their city. Spoke to Detective Harper 906-863-5568. I did NOT authorize that his bracelet be removed. I asked the Detective to have him call me. Called Tom Smith the SORP Specialist who said that he verified that the Pulaski police chief basically, made him leave town. That was effective 8/30/10. Checked GPS points, he traveled through the night and arrived in MI on 9/2. He does not have a valid phone number for me to call him. Notified MC. |
| 9/2/2010 | | Called Reg. sister, Ruth at 920-491-9139, she provided me w/ Reg. cell phone #920-530-6864. Called Reg. cell phone. His voice mail is not set up so I was not able to leave a message. His sister said that she will give him the message to call me if she talks to him. |
| 9/5/2010 | | Mr. Belleau cut his strap this morning at 0844. We're currently in contact with Menomonee PD (Michigan) regarding potential tamper charges. I told them they could try and charge him with the felony tamper and house him until we can sort it out on Tuesday, or keep it on their radar that he is in the area and without tracking. The officer I spoke with says he went to the assisted living place where he's supposedly staying (1103 23rd Ave), and asked where he could find Mr. Belleau. They pointed him to the back deck where he asked Mr. Belleau what he did with the GPS tracker. Michael Belleau said he cut if off. Mr. Belleau was also given SORP's phone # to call. I told the officer that Wisconsin DOC didn't authorize him to cut his strap off, as we couldn't verify if his move to Michigan had been all squared away. The officer said he would check with his superior and call back if needed. At this point, it's up to Menomonee PD as to whether they plan to charge him, or wait for DOC to review the case on Tuesday. |



Larrabee EXHIBIT 13 9-25-14 GRAMANN REPORTING, LTD.

| 9/7/2010 | | Called Reg. on cell phone. He is staying at 2516 10th St., #223, Menomonie, MI, his room phone number is 906-863-4431. Informed him that he has committed a felony. He acknowledged that he was told by detective that I had said he could NOT cut his bracelet. He claimed he didn't know what else to do and tried to get a hold of people. He said that the detective did not give him my number. He has his equipment packaged and will mail to Robert Fusfeld today. Called Agent Fusfeld. He will let me know if/when the equipment arrives. Told Reg. that I will be calling him back today w/ further instructions. |
|---|---|---|
| 9/22/2010 | | Received a call from Reg. Spec. Tom Smith. He was contacted by Detective John LanCome 715-923-1037. Reg. is registered at Chalet Motel, 1301 Marinette Ave., #132, Marinette, WI 715-735-6687. |
| 9/22/2010 | | Called Det. Lancome, he said Reg. arrived at the motel on 9/15 and has the room rented until 9/29. He would be happy to assist us in any way he can. Told him that I would be in touch to give him a status update before the end of the day. He said Reg. is sitting on porch staring at traffic going by. He expects to start getting phone calls from community members. |
| 9/22/2010 | | Contacted MC, they will contact BI for a re-hook ASAP. They will call me before I attempt to contact Reg. |
| 9/22/2010 | | Received a call from MC, an installer will re-hook Reg. tomorrow in afternoon. |
| 9/22/2010 | | Called Reg., spoke to him, welcomed him back to WI. Asked him why he didn't call me right away upon arrival in WI like I had instructed him to do. He said he did not recall that conversation. Informed him that the police were aware that he was there and we would be re-hooking his GPS tomorrow afternoon. Instructed him to wait for installer. He (hesitantly) said he would. |
| 9/22/2010 | | Called Det. Lancome, informed him that Reg. scheduled to be hooked up to GPS tomorrow afternoon. Told him I would call me after installation and let him know it was completed. He will call me if law enforcement has contact with him. |
| 9/22/2010 | | Called motel, spoke to front desk clerk. Unclear how much he understood as there was a language barrier but he agreed to call me if Reg. checks out. |
| 9/23/2010 | | Called from MC, Reg. tracker is not available until tomorrow. His re-hook will be tomorrow afternoon. |
| 9/23/2010 | | Called Det. Lancome, let him know of delay. |
| 9/23/2010 | | Det Tom Connelly 715-923-5201 © 715-732-5238 (W) is the new contact person |
| 9/24/2010 | | Installer should be at Reg. room by 5 p.m. today. Called Det. Connelly and let him know. Called Reg. and he is awaiting the installer's arrival. |
| 9/24/2010 | | GPS installed. Notified Tom Smith, SORP Specialist. He said that Reg. still has not contacted him regarding his address change. He will monitor. |
| 10/6/2010 | | Have not received a signed 2562. Re-sent to current address in Marinette. Check GPS, still at same motel. |
| 10/20/2010 | | Received signed 2562. |
| 3/31/2011 | | Received email from MC suggesting that Reg. address may have changed. Checked his points and found that he left his reported address on 3/23 and |

| | | |
|---|---|---|
| | | has been back at the Chalet Motel since then. Notified Tom Smith the SORP specialist. |
| 4/13/2011 | | |
| 4/19/2011 | | Service complete. Received email from BI: Got a call from Vickey at the BI Helpdesk regarding Mr. Belleau. Apparently he was giving the installer a hard enough time that the installer is asking that someone else be present when there is a service request.<br>If you want to talk to Paul directly, let me know and I will get his number for you. |
| 4/19/2011 | | Called Installer, Paul #906-285-0249. He said that Reg. had an attitude, debated him the whole time about the illegality of GPS, was uncooperative, said it was a communist country. This installer not comfortable doing any further service calls alone. Told him I will request police assistance if service is needed in future. |
| 4/19/2011 | | Emailed MC: Could someone please make a note in Mr. Belleau's file that if/when he needs service, I should be contacted and I will ask police to go with installer for assistance, if the installer so chooses. Thanks. |
| 4/19/2011 | | Called Reg. Warned him NOT to put anything between his ankle and the bracelet as that would be considered tampering. He said he would not. Asked him if he was uncooperative with installer. He said he was because installer came in "all gang busters" and didn't want to show him identification. Told him that in the future police will be asked to assist. He said "bring it on". |
| 4/19/2011 | | Email to Tom Smith, Specialist: Just FYI...Mr. Belleau was fairly uncooperative with the installer today when he did a service call. The installer is not comfortable going alone for future services. I will be calling police for assistance with any future service calls. Thanks. |
| 10/7/2011 | | Reg. called. His income from SSI is $1000 per month. GPS fees set at $50. |
| 1/3/2012 | | Reg. tracker has not charged since 1/1/12. Called him and he said it is not working and that he has been trying to get a hold of the MC. Email to MC: Mr. Belleau's battery is dead. I called him and he said that his bracelet is not charging. Please put in a service request. Thank you. |
| 6/6/2012 | | Reviewed Reg. status. Records reflected that he did not charge his battery between 5/31 and 6/3/12. Called him and he explained that the MC sent police and he has since had a service request which replaced his battery. |
| 7/21/2013 | | There is a general note for this guy that Debbie wanted police with the installer for any service requests. So this is set to contact you to arrange the service. |
| 7/23/2013 | | talked to BI Installer Ken Keller 920-229-1460- asked how he would like me to proceed for scheduling - he advised he would prefer to deal with it himself and if there are issues he will leave. Letting Marinette PD know he is having contact with the reg, and if gets poor vibe, he will leave. Will advise how contact goes. |
| 7/23/2013 | | talked to Ken, advised he spoke to reg, who was very pleasant, wil make arrangments to change battery today - advised reg has no points, his unit is not charging. Will call to verify service goes smoothly. |
| | | no service issues, requested MC remove requirement for police escort. |

| 8/19/2013 | | tc from reg - walked by a school recently and weas "confronted" verbally by someone - asking his restrictions - advised that as he is no longer on supervision, DOC no longer has authority to impose any restrictions, however, his community could have ordinances I am unaware of - suggested he contact the police with questions regarding that. He advised that he had completed supervision and no longer had an agetn - advised he will politely tell anyone in the future he is not on supervision and has no restrictions. reg denied feeling threatened by the person. |
|---|---|---|
| 12/1/2013 | | Tracker Strap Tamper Event Time: 12-01-13 08:45-<br>A Welfare Check was conducted Per Marinette PD- The above offender did not appear to Tamper w/Unit. |