# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MICHAEL J. BELLEAU**,

       Plaintiff(s),

  v.

                TELEPHONE CONFERENCE

**EDWARD F. WALL, et al.**,          Case No. 12-C-1198

        Defendant(s).

---

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Tape: 092515 |
| Deputy Clerk: Amanda | Hearing Began: 1:30 p.m. |
| Proceeding Held: September 25, 2015 | Hearing Ended: 1:59 p.m. |

**Appearances:**

  **Plaintiff(s):**  James Walrath, Laurence Dupuis

  **Defendant(s):**  Anthony Russomanno

---

The court sets this conference to discuss the form of the judgment, whether a stay should be entered and what form it should take. The court also would like to address the pending motions for redacting and sealing of documents.

Mr. Russomanno responds in regards to the motions for redacting and sealing. Mr. Dupuis replies and discusses the protective order. The Court grants [102] motion to restrict document and Ex A to [103] Declaration will remain restricted. The redacted briefs in support of the motions for summary judgement can be unsealed.

Plaintiff's are ordered to show good cause by October 25, 2015 as to why the documents they requested to be sealed/restricted should remain that way.

The court reads the proposed language for the judgment to counsel. Mr. Dupuis responds. Mr. Russomanno replies.

The court informs Mr. Russomanno that if he intends on seeking a stay this court can stay the judgment for ten days so that he may file a motion with the court of appeals. Mr. Russomanno orally requests a motion to stay. The court is inclined to grant the motion to allow time for Mr. Russomanno to file a motion to stay in the court of appeals. Mr. Dupuis objects to the stay pending appeal, provides argument and requests the court allow for briefing.

The court clarifies intention of stay. The court grants the motion to stay. The case is stayed for ten days to allow the state to file a notice of appeal and motion for stay. The court does not intend to stay the case during the appeal.

Mr. Dupuis informs the court they will file a joint stipulation regarding any fee issues.